# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  19CR5160-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| ANIBAL GONZALEZ-ZAMORA, | |
| Defendant | [Doc. No. 21] |

Upon due consideration, good cause appearing, the Court **GRANTS** the government's motion and **DISMISSES** the Indictment against Defendant Anibal Gonzalez-Zamora without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: February 12, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge